FILED:  December 6, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-2153

(5:12-cv-00004-RLV-DSC)

_____

MICHAEL GODBEY

Plaintiff - Appellant

v.

IREDELL MEMORIAL HOSPITAL, INCORPORATED

Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 01/27/2014

Opening brief due: 01/27/2014

Response brief due: 03/03/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk